UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
**Michael John Plante, Jr. and
Kysha Shanell Plante**

CASE NUMBER: 8:20-bk-05046-RCT
CHAPTER: 13

**Debtor(s).**

_____/

**DEBTORS' MOTION TO MODIFY CONFIRMED PLAN TO ABATE
PAYMENTS, DECREASING DIVIDEND TO UNSECURED CREDITORS**

> **NOTICE OF OPPORTUNITY TO OBJECT
> AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 and serve a copy on the movant, Jill McDonald, Law Offices of Jill McDonald, 7500 65th St N, Pinellas Park, FL 33781, within twenty-one (21) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

COMES NOW, the Debtor(s), Michael John Plante, Jr. and Kysha Shanell Plante, by and through their undersigned counsel, and file this Motion to Modify Confirmed Plan. In support of the Motion, Debtor(s) state:

1. On June 30, 2020, Debtor(s) filed a voluntary Petition under

      Chapter 13 of the United States Bankruptcy Code.

2.    The Chapter 13 Plan was confirmed on August 30, 2021.

3.    Debtor(s) have experienced a decline in their income due to job loss of the Joint Debtor.

4.    The Debtors request that the Court modify their confirmed plan in accordance with their substantially lower household income and abate payments for a period of three months, January through March 2024, in order for the Joint Debtor to seek re-employment, and reducing the amount of distribution to the unsecured creditors.

      WHEREFORE, Debtors respectfully request this Court enter an order granting this Motion, allowing Debtors to Modify the terms of the Order Confirming Plan, abate the plan payments for the three months of January through March of 2024, reducing the amount of distribution to the unsecured creditors, and for such other and further relief as is just and proper.

/s/L. Jill McDonald
L. JILL MCDONALD
The Law Offices of Jill McDonald
7500 65th St. North
Pinellas Park, FL 33781
Phone: (727)231-4300
FLA BAR#52743
Notices@jillmcdonald.com
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

     I HEREBY certify that a true and correct copy of the foregoing has been furnished to Kelly Remick, Chapter 13 Trustee, ecf@ch13tampa.com ; The Assistant United States Trustee, USTPRegion21.TP.ECF@USDOJ.GOV; and to the creditors on the attached matrix by United States Mail Delivery or Electronically this 10th day of January, 2024.

                                              /s/ L. Jill McDonald
                                              L. JILL MCDONALD
                                              The Law Offices of Jill McDonald, LLC
                                              7500 65th St. North
                                              Pinellas Park, FL 33781
                                              Phone: (727) 231-4300
                                              notices@JillMcDonald.com
                                              FLA BAR #52743
                                              Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:20-bk-05046-RCT<br>Middle District of Florida<br>Tampa<br>Wed Jan 10 20:17:10 EST 2024 | Capital One Auto Finance, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Roberta A. Colton<br>Tampa<br>, FL |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Kysha Shanell Plante<br>6116 84th Ave. N<br>Pinellas Park, FL 33781-1303 | Michael John Plante Jr.<br>6116 84th Ave. N<br>Pinellas Park, FL 33781-1303 |
| Resurgent Receivables LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A. -<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Card Services<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citibank, N.A. -<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | Credit One Bank<br>Attn: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | FedLoan Servicing<br>Attn: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | First PREMIER Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| Harley Davidson Financial<br>Attn: Bankruptcy<br>PO Box 22048<br>Carson City, NV 89721-2048 | Harley-Davidson Credit Corp. -<br>PO Box 9013<br>Addison, Texas 75001-9013 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A. -<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | LVNV Funding, LLC -<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK -<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Matrix/Bank of MO<br>PO Box 6812<br>Carol Stream, IL 60197-6812 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Resurgent Receivables LLC -<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC<br>29603-0587 | Sheffield Financial -<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Sheffield Financial<br>PO Box 580229<br>Charlotte, NC 28258-0229 | Syncb/PPC<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>PO Box 965030<br>Orlando, FL 32896-5030 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | USDOE/GLELSI<br>Attn: Bankruptcy<br>PO Box 7860<br>Madison, WI 53707-7860 |
| (p)W S BADCOCK CORPORATION<br>POST OFFICE BOX 724<br>MULBERRY FL 33860-0724 | United States Trustee - TPA7/13 7 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | L Jill McDonald +<br>Law Offices of Jill McDonald, LLC<br>7500 65th St. North<br>Pinellas Park, FL 33781-3118 |
| Lydia M Gazda +<br>Office of Kelly Remick<br>PO Box 89948<br>Tampa, FL 33689-0416 | Kelly Remick +<br>Chapter 13 Standing Trustee<br>Post Office Box 89948<br>Tampa, FL 33689-0416 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Attn: Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894 | Chase Auto Finance<br>Attn: Bankruptcy<br>PO Box 901076<br>Fort Worth, TX 76101 | (d)Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 |
| Continental Finance Company<br>Attn: Bankruptcy<br>PO Box 8099<br>Newark, DE 19714 | Dell Financial Services<br>Attn: Bankruptcy<br>PO Box 81577<br>Austin, TX 78708 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |
| (d)JPMorgan Chase Bank, N.A. -<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-5757<br>Phoenix AZ 850358-9505 | PNC Bank -<br>Attn: Bankruptcy<br>PO Box 94982: Mailstop BR-YB58-01-5<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC -<br>PO Box 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC -<br>POB 41067<br>Norfolk VA 23541 | W.S. Badcock Corporation<br>Attn: Bankruptcy<br>PO Box 497<br>Mulberry, FL 33860 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)W.S. Badcock Corporation - <br> P.O. Box 724 <br> Mulberry, FL. 33860-0724 | (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF <br> ------------------------------------------- <br> Note: Entries with a '-' at the end of the name have filed a claim in this case | End of Label Matrix <br> Mailable recipients    43 <br> Bypassed recipients     2 <br> Total                  45 |