# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:  

MICHAEL JOHN PLANTE, JR., and  
KYSHA SHANELL PLANTE,  

Debtor(s)[1]

_____/

Case No. 8:20-bk-05046-RCT  
Chapter 13

### TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN TO ABATE PAYMENTS, DECREASING DIVIDEND TO UNSECURED CREDITORS (DOC. NO. 38)

**COMES NOW**, Kelly Remick, the Chapter 13 Standing Trustee, by and through her undersigned attorney, and files this, Trustee's Response to Debtor's Motion to Modify Confirmed Plan to Abate Payments, Decreasing Dividend to Unsecured Creditors (Doc. No. 38) (the "Motion") and would state as follows:

1. The Debtor's Motion cannot be agreed to at this time by the Trustee and may present some issues that must be heard by the Court.

2. The Court should set this matter down for a hearing.

**WHEREFORE**, the Trustee would pray this Court to set the above matter for hearing, and for any and all such other relief as this Court shall deem appropriate and just.

**I HEREBY CERTIFY** that a true and correct copy of the Trustee's Response to Debtor's Motion (Doc. No. 38) was furnished electronically by CM/ECF and/or by First Class U.S. Mail to MICHAEL JOHN PLANTE, JR., and KYSHA SHANELL PLANTE, 6116 84th

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

Ave. N., Pinellas Park, FL 33781; L. JILL MCDONALD, 7500 65th St. North, Pinellas Park, FL 33781; and THE ATTACHED MAILING MATRIX on this 18th day of January, 2024.

/s/ William C. Harrison, Esquire
WILLIAM C. HARRISON, ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0896731
Attorney for the Trustee

KR/jn

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:20-bk-05046-RCT<br>Middle District of Florida<br>Tampa<br>Thu Jan 18 08:28:42 EST 2024 | Capital One Auto Finance, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Roberta A. Colton<br>Tampa<br>, FL |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Kysha Shanell Plante<br>6116 84th Ave. N<br>Pinellas Park, FL 33781-1303 | Michael John Plante Jr.<br>6116 84th Ave. N<br>Pinellas Park, FL 33781-1303 |
| Resurgent Receivables LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Card Services<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | Credit One Bank<br>Attn: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | FedLoan Servicing<br>Attn: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | First PREMIER Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| Harley Davidson Financial<br>Attn: Bankruptcy<br>PO Box 22048<br>Carson City, NV 89721-2048 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Matrix/Bank of MO<br>PO Box 6812<br>Carol Stream, IL 60197-6812 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Resurgent Receivables LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC<br>29603-0587 | Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Sheffield Financial<br>PO Box 580229<br>Charlotte, NC 28258-0229 | Syncb/PPC<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>PO Box 965030<br>Orlando, FL 32896-5030 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | USDOE/GLELSI<br>Attn: Bankruptcy<br>PO Box 7860<br>Madison, WI 53707-7860 |
| (p)W S BADCOCK CORPORATION<br>POST OFFICE BOX 724<br>MULBERRY FL 33860-0724 | United States Trustee - TPA7/13 7+<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | L Jill McDonald +<br>Law Offices of Jill McDonald, LLC<br>7500 65th St. North<br>Pinellas Park, FL 33781-3118 |
| Lydia M Gazda +<br>Office of Kelly Remick<br>PO Box 89948<br>Tampa, FL 33689-0416 | Kelly Remick +<br>Chapter 13 Standing Trustee<br>Post Office Box 89948<br>Tampa, FL 33689-0416 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Attn: Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894 | Chase Auto Finance<br>Attn: Bankruptcy<br>PO Box 901076<br>Fort Worth, TX 76101 | (d)Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 |
| Continental Finance Company<br>Attn: Bankruptcy<br>PO Box 8099<br>Newark, DE 19714 | Dell Financial Services<br>Attn: Bankruptcy<br>PO Box 81577<br>Austin, TX 78708 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |
| (d)JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-5757<br>Phoenix AZ 850358-9505 | PNC Bank<br>Attn: Bankruptcy<br>PO Box 94982: Mailstop BR-YB58-01-5<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | W.S. Badcock Corporation<br>Attn: Bankruptcy<br>PO Box 497<br>Mulberry, FL 33860 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)W.S. Badcock Corporation
P.O. Box 724
Mulberry, FL. 33860-0724

End of Label Matrix
Mailable recipients    44
Bypassed recipients     1
Total                  45